AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Grey single family residence at 5923 County Road 233, Silt, Colorado, to include any garages, outbuildings and vehicles (Attachment A) | Case No.   18-sw-6265-GPG |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of   Colorado   *(identify the person or describe property to be searched and give its location)*:   Grey single family residence at 5923 County Road 233, Silt, Colorado, to include any garages, outbuildings and vehicles
Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:   Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of   18   U.S.C. §   922(g)(1)  , and the application is based on these facts:   See Attached

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

S/ Alison Yates
*Applicant's signature*

Alison Yates, Special Agent DEA
*Printed name and title*

signed and attested to by reliable electronic means.
Sworn ~~to before me and signed in my presence~~.

Date:   11/19/2018

*Judge's signature*

City and state:   Grand Junction, CO      Gordon P. Gallagher, USMJ
*Printed name and title*

**ATTACHMENT A PROPERTY TO BE SEARCHED**

5923 County Road 233, Silt, Colorado.  The legal description is Section: 35 Township: 5 Range: 92 NWNWSE, Antlers Orchard TR 36.  To include any garages, outbuilding and vehicles located on the property.

Below is a photograph of 5923 County Road 233, Silt, Colorado that was taken from the internet:



## ATTACHMENT B

The Court, finding reasonable necessity for seizure pursuant to a search warrant, authorizes the seizure of the following items:

1. Controlled substances including, but not limited to, methamphetamine, cocaine, marijuana, and heroin.
2. Any vessels or other implements used in connection with the production, packaging, weighing, storage, transport, or distribution of such controlled substances.
3. Any substance used to mix into controlled substances in order to create a larger volume. Such substances are commonly referred to as "cut."
4. Books, records, receipts, notes, ledgers and other papers relating to the production, transportation, ordering, purchase, or distribution of controlled substances.
5. Books, records, invoices, receipts, records of real estate transactions, bank statements, and related records, certificates of deposits, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, correspondence, safe deposit keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money.
6. Cellular telephone(s) and/or portable telephones, pagers, computers, other electronic devices and any stored electronic communications contained therein.
7. Address and/or telephone books (written or typed as opposed to printed commercially), indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers, and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists.
8. United States currency, precious metals, jewelry and financial instruments, including mortgage notes, stocks, and/or bonds representing drug proceeds.
9. Photographs and digital images, including still photos, negatives, videotapes, films, undeveloped film and the contents therein, slides, in particular, photographs of co-conspirators, of assets and/or controlled substances.
10. Documents or other articles of personal property tending to indicate the ownership of and/or control over the target locations including, but not limited to, purchase or lease agreements, keys, and mail envelopes.
11. Weapons, firearms, and items used in conjunction with weapons or firearms, including magazines, ammunition and means of carrying or concealment, and records or receipts pertaining to weapons, firearms and ammunition.