| Return | | |
|---|---|---|
| Case No.: 18-SW-6265-GPG | Date and time warrant executed: 11/20/2018 11:15 am | Copy of warrant and inventory left with: Residence, 5923 CR 233, Silt, CO |

Inventory made in the presence of :
SA Jason Greenfield

Inventory of the property taken and name of any person(s) seized:

820 pounds of suspected marijuana
F-350 King Ranch Pick-Up Truck (VIN#1FTWW31R48ED30519)

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:32 am, Nov 26, 2018*
**JEFFREY P. COLWELL, CLERK**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/26/2018

*Executing officer's signature*

Alison M. Yates, Special Agent
*Printed name and title*